UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

IN RE: PHILADELPHIA ENTERTAINMENT      :     Civil Action No. 2:16-cv-1992
AND DEVELOPMENT PARTNERS, LP,          :     Bankruptcy No. 14-12482
*d/b/a* FOXWOODS CASINO PHILADELPHIA   :     Adversary No. 14-00255
_____

**O R D E R**
Appeal of Bankruptcy Court's Order dated April 8, 2016- Affirmed

NOW, this 28th day of March, 2017, for the reasons set forth in the Opinion issued this date, IT IS HEREBY ORDERED THAT:

1. The Trustee's appeal is **DENIED**;

2. The bankruptcy court's opinion dated April 8, 2016, is **AFFIRMED**;

3. The Commonwealth's appeal is **DENIED as moot**; and

4. The case is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Judge